178 F.3d 1279
 GAF Corporation
v.
Hartford Accident and Indemnity Company, Insurance Company
of North America, Indemnity Insurance Company of North
America, Great American Insurance Company, American Mutual
Liability Insurance Company, Commercial Union Insurance
Company of New York, Northbrook Insurance Company, Zurich
General Accident and Liability Insurance Company, Trenwick
Reinsurance Company, Ltd., Certain London Market Insurers,
Sun Insurance Office of America, National
 NO. 98-5073
 United States Court of Appeals,
Third Circuit.
 March 10, 1999
 Appeal From: D.N.J. ,No.95cv01150
 
 1
 Appeal Dismissed.